**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Derrick A Tursack | CHAPTER 13 |
| Alyce M Tursack | |
| Debtor(s) | BKY. NO. 20-14573 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                    Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
14 Nov 2023, 12:14:33, EST

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322