**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **IN RE:** <br> **DERRICK A TURSACK** <br> **ALYCE M TURSACK** <br>         **DEBTOR** | **CASE NO. 20-14573-pmm** <br> **CHAPTER 13** |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:                        FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE: 04/29/2024

OLD NOTICE ADDRESS:        10500 Kincaid Drive, Suite 300
                                             Fishers, IN 46037-9764

NEW NOTICE ADDRESS:       11988 Exit 5 Parkway, Building 4
                                             Fishers, IN 46037-9739

OLD PAYMENT ADDRESS:     10500 Kincaid Drive, Suite 300
                                             Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:    11988 Exit 5 Parkway, Building 4
                                             Fishers, IN 46037-9739

Dated: August 22, 2024

                                                     */s/Lorri Beltz*
                                                     Lorri Beltz, Vice President, Default
                                                     Freedom Mortgage Corporation
                                                     11988 Exit 5 Parkway, Building 4
                                                     Fishers, IN 46037-9739
                                                     Telephone: (855) 690-5900
                                                     E-Mail: Bankruptcy@FreedomMortgage.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| IN RE:<br>**DERRICK A TURSACK**<br>**ALYCE M TURSACK**<br>           **DEBTOR** | **CASE NO. 20-14573-pmm**<br>**CHAPTER 13** |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

SHAWN J. LAU
LAU & ASSOCIATES
4228 Saint Lawrence Ave
Reading PA 19606-2892
*Counsel for Debtor*

SCOTT F. WATERMAN (CHAPTER 13)
2901 St Lawrence Ave Ste 100
Reading PA 19606-2265
*Chapter 13 Trustee*

DERRICK A TURSACK
ALYCE M TURSACK
41 Carriage Cir
Oley PA 19547-9724
*Debtor*

This 22nd Day of August, 2024

*/s/Lorri Beltz*
Lorri Beltz, Vice President, Default
Freedom Mortgage Corporation
11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-9739
Telephone: (855) 690-5900
E-Mail: Bankruptcy@FreedomMortgage.com