| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 20-14573-PMM

Derrick A. Tursack  
Alyce M. Tursack  
41 Carriage Cir  
Oley  PA    19547-9724

Petition Filed Date: 11/30/2020  
341 Hearing Date: 01/12/2021  
Confirmation Date: 05/06/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/05/2024 | $100.00 | | 10/07/2024 | $100.00 | | 11/04/2024 | $100.00 | |
| 12/05/2024 | $100.00 | | 01/02/2025 | $100.00 | | 02/03/2025 | $100.00 | |
| 03/10/2025 | $100.00 | | 04/07/2025 | $100.00 | | 05/05/2025 | $100.00 | |
| 06/03/2025 | $100.00 | | 07/01/2025 | $100.00 | | | | |

**Total Receipts for the Period:  $1,100.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $5,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CITIZENS BANK NA<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $883.75 | $0.00 | $883.75 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $1,239.90 | $0.00 | $1,239.90 |
| 4 | EDUCATIONAL CREDIT MGMT CORP<br>»» 004 | Unsecured Creditors | $14,771.51 | $0.00 | $14,771.51 |
| 5 | WELLS FARGO BANK NA<br>»» 005 | Unsecured Creditors | $8,944.44 | $0.00 | $8,944.44 |
| 6 | WELLS FARGO BANK NEVADA NA<br>»» 006 | Unsecured Creditors | $3,435.76 | $0.00 | $3,435.76 |
| 7 | TD RETAIL CREDIT SERVICES<br>»» 007 | Unsecured Creditors | $3,626.00 | $0.00 | $3,626.00 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $314.92 | $0.00 | $314.92 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 009 | Unsecured Creditors | $313.13 | $0.00 | $313.13 |
| 10 | CAPITAL ONE BANK (USA) NA<br>»» 010 | Unsecured Creditors | $934.59 | $0.00 | $934.59 |
| 11 | TD BANK USA NA<br>»» 011 | Unsecured Creditors | $442.44 | $0.00 | $442.44 |
| 12 | MERRICK BANK<br>»» 012 | Unsecured Creditors | $1,852.35 | $0.00 | $1,852.35 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $2,170.98 | $0.00 | $2,170.98 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $4,485.14 | $0.00 | $4,485.14 |
| 15 | RIVERFRONT FEDERAL CREDIT UNION<br>»» 015 | Unsecured Creditors | $17,814.16 | $0.00 | $17,814.16 |

Chapter 13 Case No. 20-14573-PMM

| # | Creditor | Type | Claim | Paid | Balance |
|---|---|---|---|---|---|
| 16 | FREEDOM MORTGAGE CORPORATION »» 016 | Mortgage Arrears | $1,122.81 | $948.50 | $174.31 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $955.76 | $0.00 | $955.76 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $948.73 | $0.00 | $948.73 |
| 19 | CITIBANK NA »» 019 | Unsecured Creditors | $1,074.02 | $0.00 | $1,074.02 |
| 20 | CITIBANK NA »» 020 | Unsecured Creditors | $831.07 | $0.00 | $831.07 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $2,952.99 | $0.00 | $2,952.99 |
| 22 | LVNV FUNDING LLC »» 022 | Unsecured Creditors | $4,059.72 | $0.00 | $4,059.72 |
| 23 | LVNV FUNDING LLC »» 023 | Unsecured Creditors | $878.43 | $0.00 | $878.43 |
| 24 | EDUCATIONAL CREDIT MGMT CORP »» 024 | Unsecured Creditors | $32,402.59 | $0.00 | $32,402.59 |
| 25 | JOHN DEERE FINANCIAL »» 25S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | SHAWN J LAU ESQ | Attorney Fees | $4,174.00 | $4,174.00 | $0.00 |
| 26 | JOHN DEERE FINANCIAL »» 25U | Unsecured Creditors | $3,978.72 | $0.00 | $3,978.72 |
| 27 | CAPITAL ONE BANK (USA) NA | Priority Crediors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,600.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $5,122.50 | Arrearages: | $0.00 |
| Paid to Trustee: | $477.50 | Total Plan Base: | $6,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.