Certificate Number: 17572-PAE-DE-040434579

Bankruptcy Case Number: 20-14573



17572-PAE-DE-040434579

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 21, 2025, at 9:22 o'clock AM PST, Alyce M Tursack completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: December 21, 2025

By: /s/Kelly Faulks

Name: Kelly Faulks

Title: Counselor