IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

DERRICK A TURSACK,
and ALYCE M. TURSACK
    Debtor(s)

CHAPTER 13

BKY. NO. 20-14573

## SUGGESTION OF DEATH UPON THE RECORD AND REQUEST FOR WAIVER

Debtor, Derrick A Tursack, suggest upon the record that Debtor Derrick A Tursack, pursuant to Fed. R. Civ. P. 25(a)(1) as incorporated into Fed. R .Bankr. P. 7025, died during the pendency of this action on August 18, 2023.

Debtor requests that financial management and domestic support obligation certification for the deceased, Derrick A Tursack, be waived as a result of his death during the pendency of this action, and discharge be granted upon completion of payments under the Chapter 13 plan.

Dated: December 23, 2022

Shawn J. Lau, *Esquire*