IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

DERRICK A TURSACK,   :   CHAPTER 13
and ALYCE M. TURSACK   :
    Debtor(s)   :
                                :   BKY. NO. 20-14573

## ORDER ALLOWING WAIVER OF FINANCIAL MANAGEMENT COURSE AND CERTIFICATION OF DOMESTIC SUPPORT OBLIGATION

**AND NOW,** upon consideration of the Suggestion of Death and Request for Waiver (doc. #64, the "Motion");

AND the Motion indicating that Debtor Derrick A. Tursack (Mr. Tursack) died during the pendency of this Chapter 13 case;

AND the motion seeking a waiver of the requirements for a debtor to complete a financial management course and a domestic support obligation certification;

It is hereby ordered that:

1) The Motion is granted; and

2) Mr. Tursack is required to submit neither a certification regarding Domestic Support Obligation, see 11 U.S.C. §1328 (a) nor a certification of completion of a financial management course, see 11 U.S.C. §1328 (g)(1).

Date:_____

                                                      Hon. Patricia M. Mayer
                                                    United States Bankruptcy Judge