IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| DERRICK A TURSACK, | : | CHAPTER 13 |
| and ALYCE M. TURSACK | : | |
| Debtor(s) | : | |
| | : | BKY. NO. 20-14573 |
| | : | |

**ORDER ALLOWING WAIVER OF FINANCIAL MANAGEMENT COURSE AND CERTIFICATION OF DOMESTIC SUPPORT OBLIGATION**

**AND NOW,** upon consideration of the Suggestion of Death and Request for Waiver (doc. #64, the "Motion");

AND the Motion indicating that Debtor Derrick A. Tursack (Mr. Tursack) died during the pendency of this Chapter 13 case;

AND the motion seeking a waiver of the requirements for a debtor to complete a financial management course and a domestic support obligation certification;

It is hereby ordered that:

1) The Motion is granted; and

2) Mr. Tursack is required to submit neither a certification regarding Domestic Support Obligation, see 11 U.S.C. §1328 (a) nor a certification of completion of a financial management course, see 11 U.S.C. §1328 (g)(1).

Date: **January 5, 2026**

Hon. Patricia M. Mayer
United States Bankruptcy Judge