United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 20-14573-pmm

Derrick A. Tursack                                                                    Chapter 13

Alyce M. Tursack

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 05, 2026 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Derrick A. Tursack, Alyce M. Tursack, 41 Carriage Cir, Oley, PA 19547-9724 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 06 2026 00:26:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 06 2026 00:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jan 06 2026 00:26:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 06 2026 00:26:00 | Home Point Financial Corporation, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2026 00:40:12 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 06 2026 00:40:23 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026                              Signature:        /s/Gustava Winters

| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 05, 2026 | Form ID: pdf900 | Total Noticed: 7 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Home Point Financial Corporation mimcgowan@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SHAWN J. LAU | on behalf of Joint Debtor Alyce M. Tursack shawn_lau@msn.com g61705@notify.cincompass.com;lau.shawnb128866@notify.bestcase.com |
| SHAWN J. LAU | on behalf of Debtor Derrick A. Tursack shawn_lau@msn.com g61705@notify.cincompass.com;lau.shawnb128866@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                :

**DERRICK A TURSACK,**    :      **CHAPTER 13**
**and ALYCE M. TURSACK**  :
         **Debtor(s)**     :
                :      **BKY. NO. 20-14573**
                :

**ORDER ALLOWING WAIVER OF FINANCIAL MANAGEMENT COURSE AND
CERTIFICATION OF DOMESTIC SUPPORT OBLIGATION**

     **AND NOW,** upon consideration of the Suggestion of Death and Request for Waiver (doc. #64, the "Motion");

     AND the Motion indicating that Debtor Derrick A. Tursack (Mr. Tursack) died during the pendency of this Chapter 13 case;

     AND the motion seeking a waiver of the requirements for a debtor to complete a financial management course and a domestic support obligation certification;

It is hereby ordered that:

1) The Motion is granted; and

2) Mr. Tursack is required to submit neither a certification regarding Domestic Support Obligation, see 11 U.S.C. §1328 (a) nor a certification of completion of a financial management course, see 11 U.S.C. §1328 (g)(1).

Date:_____    **January 5, 2026**

*Patricia M. Mayer*

                       Hon. Patricia M. Mayer
                  United States Bankruptcy Judge