United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-14573-pmm

Derrick A. Tursack  Chapter 13

Alyce M. Tursack

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 5

Date Rcvd: Jan 15, 2026      Form ID: 138OBJ      Total Noticed: 76

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Derrick A. Tursack, Alyce M. Tursack, 41 Carriage Cir, Oley, PA 19547-9724 |
| 14564513 | | Credit Card/FB & T, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 14644333 | +++ | Freedom Mortgage Corporation, Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 14564518 | | HCCredit/MABTC, 380 W Draper Dr Ste 200, Draper, UT 84020 |
| 14606111 | + | Lau & Associates, P.C., 4228 St. Lawrence Avenue, Reading, PA 19606-2894 |
| 14564523 | | PHEAA/American Education Services, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14564525 | ++ | RIVERFRONT FCU, 2609 KEISER BLVD, WYOMISSING PA 19610-3338 address filed with court:, Riverfront FCU, 430 S 4th St, Reading, PA 19602-2630 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 16 2026 00:33:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 16 2026 00:33:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14564504 | | Email/Text: bncnotifications@pheaa.org | Jan 16 2026 00:33:00 | AES/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14564505 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 16 2026 00:33:00 | Barclay's Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14564506 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 00:47:55 | Best Buy/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14564510 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 00:47:50 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14566155 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 16 2026 00:33:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 14564524 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 16 2026 00:33:00 | RBS Citizens NA, 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14575873 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 16 2026 00:37:26 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14564507 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2026 00:37:02 | Capital One Bank USA NA, PO Box 30281, Salt |

Case 20-14573-pmm  Doc 71  Filed 01/17/26  Entered 01/18/26 00:37:40  Desc Imaged
Certificate of Notice  Page 2 of 6

| District/off: 0313-4 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 15, 2026 | Form ID: 138OBJ | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| | | | | Lake City, UT 84130-0281 |
| 14564508 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2026 00:37:15 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14575874 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 16 2026 00:37:16 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14564509 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2026 00:37:25 | Capital One/Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14564511 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 00:47:43 | CitiCards CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14580275 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 00:47:49 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14564512 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 16 2026 00:33:00 | | ComenityCapitalBank/Bosc, PO Box 182120, Columbus, OH 43218-2120 |
| 14564514 | | Email/Text: bankruptcy@td.com | Jan 16 2026 00:33:00 | Cub Cadet, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 14564520 | | Email/Text: litbkcourtmail@johndeere.com | Jan 16 2026 00:33:00 | John Deere Financial, PO Box 6600, Johnston, IA 50131-6600 |
| 14583817 | | Email/Text: litbkcourtmail@johndeere.com | Jan 16 2026 00:33:00 | John Deere Financial, f.s.b., PO Box 6600, Johnston, IA 50131 |
| 14564515 | | Email/Text: mrdiscen@discover.com | Jan 16 2026 00:33:00 | Discover Financial Services, LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 14568176 | | Email/Text: mrdiscen@discover.com | Jan 16 2026 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14570824 | + | Email/Text: ECMCBKNotices@ecmc.org | Jan 16 2026 00:33:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14831030 | ^ | MEBN | Jan 16 2026 00:30:28 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14564516 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com Jan 16 2026 00:33:00 | | First National Bank, 532 Main St Fl 534 3, Johnstown, PA 15901-2093 |
| 14943568 | + | Email/Text: EBN@brockandscott.com | Jan 16 2026 00:33:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14943569 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 16 2026 00:33:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, Indiana 46037-7939 |
| 14564517 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 00:47:43 | Goodyear/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14569739 | + | Email/Text: RASEBN@raslg.com | Jan 16 2026 00:33:00 | Home Point Financial Corporation, c/o Charles Wohlrab Esq., Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14569883 | + | Email/Text: RASEBN@raslg.com | Jan 16 2026 00:33:00 | Home Point Financial Corporation, c/o Charles Wohlrab, Esq., RAS Citron, LLC, 130 Clinton Road, #202, Fairfield, NJ 07004-2927 |
| 14564521 | + | Email/Text: BKRMailOPS@weltman.com | Jan 16 2026 00:33:00 | Kay Jewelers, 375 Ghent Rd, Fairlawn, OH 44333-4600 |
| 14785106 | + | Email/PDF: resurgentbknotifications@resurgent.com Jan 16 2026 00:37:06 | | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14580618 | | Email/PDF: resurgentbknotifications@resurgent.com Jan 16 2026 00:37:27 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14579183 | | Email/PDF: MerrickBKNotifications@Resurgent.com Jan 16 2026 00:37:02 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14564522 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| District/off: 0313-4 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 15, 2026 | Form ID: 138OBJ | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 16 2026 00:37:15 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14582162 | + | Email/Text: bncnotifications@pheaa.org | Jan 16 2026 00:33:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14580269 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 16 2026 00:37:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14564526 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:25 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 14564527 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:02 | SYNCB/Amazon PLCC, PO Box 965036, Orlando, FL 32896-5036 |
| 14564528 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:02 | SYNCB/Car Care Tire, PO Box 965001, Orlando, FL 32896-5001 |
| 14564529 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:25 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14564530 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:25 | SYNCB/Dr Power, PO Box 965036, Orlando, FL 32896-5036 |
| 14564531 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:15 | SYNCB/Ebay, PO Box 965013, Orlando, FL 32896-5013 |
| 14564532 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:05 | SYNCB/Home, PO Box 965036, Orlando, FL 32896-5036 |
| 14564534 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:15 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14564535 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:02 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 14564537 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:15 | SYNCB/PPMC, PO Box 965005, Orlando, FL 32896-5005 |
| 14564538 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:15 | SYNCB/Rheem, PO Box 965036, Orlando, FL 32896-5036 |
| 14564539 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:02 | SYNCB/Toysrus, PO Box 965001, Orlando, FL 32896-5001 |
| 14564540 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:15 | SYNCB/WalMart, PO Box 965024, Orlando, FL 32896-5024 |
| 14564541 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:25 | SYNCB/WalMart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 14564533 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:25 | SYNCB/lenscrafter, PO Box 965036, Orlando, FL 32896-5036 |
| 14564536 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:01 | SyncB/PPC, PO Box 530975, Orlando, FL 32896-0001 |
| 14579302 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 16 2026 00:37:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14564542 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 16 2026 00:37:15 | Synchrony Networks, PO Box 965036, Orlando, FL 32896-5036 |
| 14576637 | + | Email/Text: bncmail@w-legal.com | Jan 16 2026 00:33:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14564543 | | Email/Text: bncmail@w-legal.com | Jan 16 2026 00:33:00 | TD Bank USA/ Target Credi, NCD-0450, PO Box 1470, Minneapolis, MN 55440-1470 |
| 14574494 | + | Email/Text: tdebn@credbankserv.com | Jan 16 2026 00:33:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14564544 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 00:47:43 | The Home Depot/CBNA, 5800 S Corporate Pl, |

Case 20-14573-pmm   Doc 71   Filed 01/17/26   Entered 01/18/26 00:37:40   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0313-4 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 15, 2026 | Form ID: 138OBJ | Total Noticed: 76 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14564545 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 00:47:50 | The Home Depot/Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14564546 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 00:47:50 | ToroExMark/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14564547 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 00:47:49 | Tractor Supply/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14564548 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 16 2026 00:33:00 | Verizon, PO Box 408, Newark, NJ 07101-0408 |
| 14564549 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 16 2026 00:33:00 | Verizon Wireless, PO Box 408, Newark, NJ 07101-0408 |
| 14564550 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 16 2026 00:33:00 | Verizon Wireless Services, LLC, 1 Verizon Way, Basking Ridge, NJ 07920-1097 |
| 14564551 | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jan 16 2026 00:37:15 | Wells Fargo Bank NA, PO Box 14517, Des Moines, IA 50306-3517 |
| 14571122 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 16 2026 00:37:02 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14571748 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 16 2026 00:37:15 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14564552 | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jan 16 2026 00:37:15 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |
| 14564553 | | Email/Text: bankruptcy@td.com | Jan 16 2026 00:33:00 | Yard Card, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 69

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14614326 | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14710332 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14710465 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14564519 | ##+ | Home Point Financial Group, 11511 Luna Rd Ste 300, Farmers Branch, TX 75234-6451 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2026        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Home Point Financial Corporation mimcgowan@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| SHAWN J. LAU | on behalf of Joint Debtor Alyce M. Tursack shawn_lau@msn.com g61705@notify.cincompass.com;lau.shawnb128866@notify.bestcase.com |
| SHAWN J. LAU | on behalf of Debtor Derrick A. Tursack shawn_lau@msn.com g61705@notify.cincompass.com;lau.shawnb128866@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 138OBJ* (6/24)−doc 70 − 58

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  )<br>   Derrick A. Tursack  )<br>  )<br>  )<br>   Alyce M. Tursack  )<br>  )<br>   Debtor(s).  ) | Case No. 20−14573−pmm<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 15, 2026

For The Court

Mohung Wong
Clerk of Court